# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHEASTERN DIVISION

| | |
|---|---|
| DIANA MARIE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:21-CV-00034 JAR |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 et seq. (Doc. No. 25). In her motion, Plaintiff requests an award of attorney's fees in the amount of $4,000.31, which amount is based on multiplying 16.6 hours of attorney work by an hourly rate of $207.85 and 5.5 hours of paralegal time by an hourly rate of $100.00. Defendant does not object to Plaintiff's request. (Doc. No. 26).

Upon consideration, the Court finds a fee award of $4,000.31 to be reasonable. Plaintiff has assigned her interest in an EAJA fee award to her attorney (Doc. No. 25-2); however, in accordance with Astrue v. Ratliff, 560 U.S. 586, 589 (2010), an award of attorney's fees under the EAJA belongs to Plaintiff and is "subject to a [g]overnment offset to satisfy a pre-existing debt that the litigant owes the United States."

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Attorney Fees [25] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Commissioner shall pay attorney's fees under the EAJA in the amount of $4,000.31.

**IT IS FINALLY ORDERED** that Defendant Commissioner shall issue a check for the amount owed made payable to Plaintiff Diana Marie Williams and mailed to Plaintiff's attorney, Howard D. Olinsky, 250 S. Clinton St., Ste. 210, Syracuse, New York 13202.

Dated this 3rd day of May, 2022.

                                            */s/ John A. Ross*
                                          JOHN A. ROSS
                                          UNITED STATES DISTRICT JUDGE